# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Halfenger, G. Michael | **2. Court or Organization**<br><br>U.S. Bankruptcy Court, Eastern District of Wisconsin | **3. Date of Report**<br><br>03/09/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>to<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse & Federal Building<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee | WisPACT Trust II (no reportable holdings) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | ▨▨▨▨▨▨▨ (salary) |
| 2. | 2020 | ▨▨▨▨▨ (salary) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halfenger, G. Michael** | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Associated Bank (cash) | A | Interest | K | T | | | | | |
| 3. Northwestern Mutual Whole Life Ins. | | None | L | T | | | | | |
| 4. Nike Inc (NKE) | A | Dividend | K | T | | | | | |
| 5. Walt Disney (DIS) | A | Dividend | J | T | | | | | |
| 6. Oppenheimer Champion Income Fund A (OPCHX) | | None | J | T | | | | | |
| 7. Voya 529 Age 18+ Option Class A | | None | L | T | | | | | |
| 8. Edvest TIAA Age-Based Option 18 & Over | | None | | | Buy (add'l) | 03/07/20 | J | | |
| 9. | | | | | Sold | 03/20/20 | J | | |
| 10. EdVest In-School Portfolio | | None | K | T | Buy | 03/20/20 | J | | |
| 11. EdVest Wells Fargo Moderate Portfolio | | None | | | Sold | 03/07/20 | J | | |
| 12. Account #1 (H) | | | | | | | | | |
| 13. JP Morgan Fed Money Mkt (cash) (Y) | | | | | | | | | |
| 14. SPDR Dow Jones Global Real Estate ETF (RWO) | A | Dividend | | | Buy (add'l) | 04/02/20 | J | | |
| 15. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 16. | | | | | Sold | 12/16/20 | K | | |
| 17. Vanguard Value ETF (VTV) | B | Dividend | | | Buy (add'l) | 04/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 19. | | | | | | Sold | 12/16/20 | L | | |
| 20. | Vanguard Small Cap Index ETF (VB) | A | Dividend | | | Sold<br>(part) | 11/25/20 | J | | |
| 21. | | | | | | Sold | 12/16/20 | K | | |
| 22. | American Capital World Bond F3 (WFBFX) | A | Dividend | | | Sold<br>(part) | 04/02/20 | J | | |
| 23. | | | | | | Sold | 05/26/20 | K | | |
| 24. | American INTL Growth & Inc F3 (IGAIX) | A | Dividend | | | Buy | 05/28/20 | K | | |
| 25. | | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 26. | | | | | | Sold | 12/16/20 | K | | |
| 27. | American New World Cl F3 (FNWFX) | A | Dividend | M | T | Buy | 12/17/20 | M | | |
| 28. | Artisan Mid Cap Cl I (APHMX) | | None | L | T | Buy | 12/17/20 | L | | |
| 29. | Bridge Builder Core Bond (BBTBX) | D | Dividend | | | Sold<br>(part) | 02/28/20 | K | | |
| 30. | | | | | | Sold<br>(part) | 04/02/20 | K | | |
| 31. | | | | | | Buy<br>(add'l) | 11/25/20 | K | | |
| 32. | | | | | | Sold | 12/15/20 | M | | |
| 33. | Bridge Builder Core Plus Bond (BBCPX) | D | Dividend | | | Sold<br>(part) | 02/28/20 | J | | |
| 34. | | | | | | Sold<br>(part) | 04/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 11/25/20 | K | | |
| 36. | | | | | Sold | 12/15/20 | M | | |
| 37. Bridge Builder INTL Equity (BBIEX) | | None | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 38. | | | | | Sold<br>(part) | 05/28/20 | K | | |
| 39. | | | | | Sold<br>(part) | 11/25/20 | K | | |
| 40. | | | | | Sold | 12/15/20 | N | | |
| 41. Bridge Builder Large Growth (BBGLX) | D | Dividend | | | Sold<br>(part) | 04/02/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 05/26/20 | K | | |
| 43. | | | | | Buy<br>(add'l) | 05/28/20 | K | | |
| 44. | | | | | Sold<br>(part) | 11/25/20 | K | | |
| 45. | | | | | Sold | 12/15/20 | M | | |
| 46. Bridge Builder Large Cap Value (BBVLX) | C | Dividend | | | Buy<br>(add'l) | 04/02/20 | K | | |
| 47. | | | | | Buy<br>(add'l) | 05/28/20 | K | | |
| 48. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 49. | | | | | Sold | 12/15/20 | M | | |
| 50. Bridge Builder Small/Mid Cap Growth (BBGSX) | D | Dividend | | | Sold<br>(part) | 11/25/20 | J | | |
| 51. | | | | | Sold | 12/15/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Bridge Builder Small/Mid Cap Value (BBVSX) | | None | | | Buy (add'l) | 04/02/20 | K | | |
| 53. | | | | | Sold (part) | 05/28/20 | K | | |
| 54. | | | | | Sold (part) | 11/25/20 | J | | |
| 55. | | | | | Sold | 12/15/20 | M | | |
| 56. Columbia Corporate Income Cl I3 (CRIYX) | | None | L | T | Buy | 12/17/20 | L | | |
| 57. Columbia Dividend Income Cl I3 (CDDYX) | | None | M | T | Buy | 12/17/20 | M | | |
| 58. Columbia Small Cap Growth I Cl I3 (CSGYX) | | None | L | T | Buy | 12/17/20 | L | | |
| 59. Columbia Strategic Income Cl I3 (CPHUX) | | None | L | T | Buy | 12/17/20 | L | | |
| 60. Fa New Markets Income Z (FGBMX) | A | Dividend | | | Buy | 02/28/20 | K | | |
| 61. | | | | | Sold | 10/30/20 | K | | |
| 62. Franklin Dynatech Cl R6 (FDTRX) | | None | M | T | Buy | 12/17/20 | M | | |
| 63. Goldman Sachs Financial Square Government Cl I (FGTXX) | | None | K | T | Buy | 12/17/20 | K | | |
| 64. Invesco Op Developing Mkts R6 (ODVIX) | A | Dividend | | | Buy (add'l) | 04/02/20 | J | | |
| 65. | | | | | Sold (part) | 05/28/20 | K | | |
| 66. | | | | | Sold (part) | 11/25/20 | J | | |
| 67. | | | | | Sold | 12/16/20 | K | | |
| 68. Invesco Global Opportunities Cl R6 (OGIIX) | | None | L | T | Buy | 12/17/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  LSV Value Equity Fund (LSVEX) | | None | | | Buy (add'l) | 04/02/20 | J | | |
| 70. | | | | | Sold | 05/26/20 | K | | |
| 71.  MFS Emerging Markets Debt R6 (MEDHX) | A | Dividend | | | Buy | 10/30/20 | K | | |
| 72. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 73. | | | | | Sold | 12/16/20 | K | | |
| 74.  MFS International Diversification Cl R6 (MDIZX) | A | Dividend | M | T | Buy | 12/17/20 | M | | |
| 75.  Pgim Jennison Global Opportunities Cl R6 (PRJQX) | | None | M | T | Buy | 12/17/20 | M | | |
| 76.  Pgim Total Return Bond Cl R6 (PTRQX) | | None | N | T | Buy | 12/17/20 | N | | |
| 77.  PIMCO High Yield Fund Instl (PHIYX) | B | Dividend | | | Sold (part) | 04/02/20 | J | | |
| 78. | | | | | Buy (add'l) | 05/26/20 | K | | |
| 79. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 80. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 81. | | | | | Sold | 12/16/20 | L | | |
| 82.  T Rowe Price Dividend Growth Cl I (PDGIX) | | None | M | T | Buy | 12/17/20 | M | | |
| 83.  Victory Sycamore Established Value Cl R6 (VEVRX) | C | Dividend | L | T | Buy | 12/17/20 | L | | |
| 84.  Victory Sycamore Small Company Opportunity Cl R6 (VSORX) | A | Dividend | L | T | Buy | 12/17/20 | L | | |
| 85.  Account #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   iShares Russell 1000 Value Fund (IWD) | A | Dividend | | | Sold | 06/01/20 | J | | |
| 87.   American New World Cl F3 (FNWFX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 88.   Artisan International Value Cl I (APHKX) | A | Dividend | | | Buy | 05/28/20 | J | | |
| 89. | | | | | Sold | 12/01/20 | J | | |
| 90.   Artisan Mid Cap Cl I (APHMX) (X) | A | Dividend | J | T | | | | | |
| 91.   Columbia Dividend Income Cl I3 (CDDYX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 92.   Columbia Small Cap Growth I Cl I3 (CSGYX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 93.   Columbia Strategic Income Cl I3 (CPHUX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 94.   First Eagle Global (SGIIX) | | None | | | Sold | 06/16/20 | J | | |
| 95.   First Eagle Global Cl R6 (FEGRX) | | None | | | Buy | 06/16/20 | J | | |
| 96. | | | | | Sold | 12/01/20 | J | | |
| 97.   Franklin Dynatech Cl R6 (FDTRX) | | None | J | T | Buy | 05/28/20 | J | | |
| 98.   Hartford Dividend & Growth Cl F (HDGFX) | A | Dividend | | | Buy | 05/28/20 | J | | |
| 99. | | | | | Sold | 12/01/20 | J | | |
| 100.  Invesco Op Developing Mkts R6 (ODVIX) | | None | | | Sold | 12/01/20 | J | | |
| 101.  Invesco Global Opportunities Cl R6 (OGIIX) (X) | A | Dividend | J | T | | | | | |
| 102.  JPMorgan Mid Cap Value Cl R6 (JMVYX) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. MFS International Diversification Cl R6 (MDIZX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 104. Oakmark International (OANIX) | | None | | | Sold | 05/28/20 | J | | |
| 105. PGIM High Yield Cl R6 (PHYQX) (X) | A | Dividend | | | Sold | 12/01/20 | J | | |
| 106. PGIM Jennison Global Opportunities Class R6 (PRJQX) | A | Dividend | J | T | | | | | |
| 107. PGIM Short Duration Multi Sector Bond Class R6 (SDMQX) | A | Dividend | | | Sold | 05/28/20 | J | | |
| 108. PGIM Total Return Bond Cl R6 (PTRQX) | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 109. Principal Midcap Cl R6 (PMAQX) | | None | | | Sold | 05/28/20 | J | | |
| 110. T Rowe Price Dividend Growth Cl I (PDGIX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 111. T Rowe Price International Discovery Cl I (TIDDX) (Y) | | | | | | | | | |
| 112. T Rowe Price Large-Cap Growth Class Instl (TRLGX) | | None | | | Sold | 05/28/20 | J | | |
| 113. T Rowe Price Qm U.S. Small Cap Growth Equity Cl I (TQAIX) | | None | | | Sold | 12/01/20 | J | | |
| 114. Victory Sycamore Established Value Cl R6 (VEVRX) (X) | A | Dividend | J | T | | | | | |
| 115. Victory Sycamore Small Company Opportunity Cl I (VSOIX) | | None | | | Sold | 09/21/20 | J | | |
| 116. Victory Sycamore Small Company Opportunity R6 (VSORX) | A | Dividend | J | T | Buy | 09/21/20 | J | | |
| 117. Account #3 (H) | | | | | | | | | |
| 118. Schwab US Reit ETF (SCHH) | A | Dividend | | | Sold | 12/16/20 | J | | |
| 119. Vanguard Value ETF (VTV) | A | Dividend | | | Sold | 12/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Small Cap Index ETF (VB) | A | Dividend | | | Buy (add'l) | 03/25/20 | J | | |
| 121. | | | | | Sold (part) | 07/15/20 | J | | |
| 122. | | | | | Sold | 12/16/20 | J | | |
| 123. American INTL Growth & Inc F3 (IGAIX) | A | Dividend | | | Buy | 06/11/20 | J | | |
| 124. | | | | | Sold | 12/16/20 | J | | |
| 125. American New World Cl F3 (FNWFX) | A | Dividend | K | T | Buy | 12/17/20 | K | | |
| 126. Artisan Mid Cap Cl I (APHMX) | A | Dividend | J | T | Buy | 12/17/20 | J | | |
| 127. Bridge Builder Core Bond (BBTBX) | B | Dividend | | | Sold (part) | 03/16/20 | J | | |
| 128. | | | | | Sold (part) | 03/25/20 | J | | |
| 129. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 130. | | | | | Sold | 12/15/20 | K | | |
| 131. Bridge Builder Core Plus Bond (BBCPX) | B | Dividend | | | Sold (part) | 03/16/20 | J | | |
| 132. | | | | | Sold (part) | 03/25/20 | J | | |
| 133. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 134. | | | | | Sold | 12/15/20 | K | | |
| 135. Bridge Builder INTL Equity (BBIEX) | | None | | | Buy (add'l) | 03/25/20 | J | | |
| 136. | | | | | Sold (part) | 06/11/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 07/15/20 | J | | |
| 138. | | | | | Sold | 12/15/20 | K | | |
| 139.  Bridge Builder Large Growth (BBGLX) | A | Dividend | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 140. | | | | | Sold<br>(part) | 07/15/20 | J | | |
| 141. | | | | | Sold | 12/15/20 | K | | |
| 142.  Bridge Builder Large Cap Value (BBVLX) | A | Dividend | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 143. | | | | | Sold<br>(part) | 07/15/20 | J | | |
| 144. | | | | | Sold | 12/15/20 | K | | |
| 145.  Bridge Builder Small/Mid Cap Growth<br>(BBGSX) | A | Dividend | | | Sold | 12/15/20 | J | | |
| 146.  Bridge Builder Small/Mid Cap Value<br>(BBVSX) | | None | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 147. | | | | | Sold | 12/15/20 | J | | |
| 148.  Columbia Corporate Income Cl I3 (CRIYX) | | None | J | T | Buy | 12/17/20 | J | | |
| 149.  Columbia Dividend Income Cl I3 (CDDYX) | | None | K | T | Buy | 12/17/20 | K | | |
| 150.  Columbia Small Cap Growth I Cl I3<br>(CSGYX) | | None | J | T | Buy | 12/17/20 | J | | |
| 151.  Columbia Strategic Income Cl I3 (CDDYX) | | None | J | T | Buy | 12/17/20 | J | | |
| 152.  Fa New Markets Income Z (FGBMX) | A | Dividend | | | Buy | 03/16/20 | J | | |
| 153. | | | | | Sold | 10/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Franklin Dynatech Cl R6 (FDTRX) | | None | K | T | Buy | 12/17/20 | K | | |
| 155. Goldman Sachs Financial Square Government Cl I (FGTXX) | | None | J | T | Buy | 12/17/20 | J | | |
| 156. Hartford World Bond F (HWDFX) | A | Dividend | | | Sold | 06/09/20 | J | | |
| 157. Invesco Diversified Div R6 (LCEFX) | A | Dividend | | | Sold (part) | 06/11/20 | J | | |
| 158. | | | | | Sold | 12/16/20 | J | | |
| 159. Invesco Global Opportunities Cl R6 (OGIIX) | | None | J | T | Buy | 12/17/20 | J | | |
| 160. JPM Emerging Markets Equity R6 (JEMWX) | | None | | | Sold (part) | 06/11/20 | J | | |
| 161. | | | | | Sold | 12/16/20 | J | | |
| 162. MainStay Mackay High Yd Cp R6 (MHYSX) | A | Dividend | | | Sold | 12/16/20 | J | | |
| 163. MFS Emerging Markets Debt R6 (MEDHX) | A | Dividend | | | Buy | 10/26/20 | J | | |
| 164. | | | | | Sold | 12/16/20 | J | | |
| 165. MFS International Diversification Cl R6 (MDIZX) | A | Dividend | K | T | Buy | 12/17/20 | K | | |
| 166. PGIM High Yield Cl R6 (PHYQX) | A | Dividend | | | Buy | 06/11/20 | J | | |
| 167. | | | | | Sold | 12/16/20 | J | | |
| 168. Pgim Jennison Global Opportunities Cl R6 (PRJQX) | | None | K | T | Buy | 12/17/20 | K | | |
| 169. Pgim Total Return Bond Cl R6 (PTRQX) | | None | K | T | Buy | 12/17/20 | K | | |
| 170. T Rowe Price Dividend Growth Cl I (PDGIX) | | None | K | T | Buy | 12/17/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Victory Sycamore Established Valued R6 (VEVRX) | A | Dividend | J | T | Buy | 12/17/20 | J | | |
| 172. Victory Sycamore Small Company Opportunity Cl R6 (VSORX) | A | Dividend | J | T | Buy | 12/17/20 | J | | |
| 173. Account #4 (H) | | | | | | | | | |
| 174. American New Perspective (FNPFX) | | None | | | Sold | 05/28/20 | J | | |
| 175. American New World Cl F3 (FNWFX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 176. Artisan International Value Cl I (APHKX) | A | Dividend | | | Buy | 05/28/20 | J | | |
| 177. | | | | | Sold | 12/01/20 | J | | |
| 178. Blackrock Equity Dividend Fund (MKDVX) | A | Dividend | | | Sold | 05/28/20 | J | | |
| 179. Columbia Corporate Income Cl I3 (CRIYX) (X) | A | Dividend | J | T | | | | | |
| 180. Columbia Dividend Income Cl I3 (CDDYX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 181. Columbia Strategic Income Cl I3 (CPHUX) (X) | A | Dividend | J | T | | | | | |
| 182. First Eagle Global Fund (SGIIX) | | None | | | Sold | 06/16/20 | J | | |
| 183. First Eagle Global Cl R6 (FEGRX) | | None | | | Buy | 06/16/20 | J | | |
| 184. | | | | | Sold | 12/01/20 | J | | |
| 185. Franklin Dynatech Cl R6 (FDTRX) | | None | J | T | Buy | 05/28/20 | J | | |
| 186. Hartford Dividend & Growth Cl F (HDGFX) | A | Dividend | | | Buy | 05/28/20 | J | | |
| 187. | | | | | Sold | 12/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  JPMorgan Core Bond Cl R6 (JCBUX) | A | Dividend | | | Sold | 12/01/20 | J | | |
| 189.  MFS International Diversification Cl R6 (MDIZX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 190.  Oakmark International (OANIX) | | None | | | Sold | 05/28/20 | J | | |
| 191.  PGIM High Yield Cl R6 (PHYQX) (X) | A | Dividend | | | Sold | 12/01/20 | J | | |
| 192.  PGIM Jennison Global Opportunities Cl R6 (PRIQX) | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 193.  PGIM Total Return Bond (PTRQX) | A | Dividend | J | T | Buy (add'l) | 12/01/20 | J | | |
| 194.  T Rowe Price Blue Chip Growth Cl I (TBCIX) | | None | | | Sold | 05/28/20 | J | | |
| 195.  T Rowe Price Dividend Growth Cl I (PDGIX) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 196.  Account #5 (H) | | | | | | | | | |
| 197.  JP Morgan Fed Money Mkt (cash) | A | Int./Div. | J | T | | | | | |
| 198.  iShares Russell 1000 Value ETF (IWD) | A | Dividend | K | T | Buy (add'l) | 03/26/20 | J | | |
| 199.  iShares Russell 3000 ETF (IWV) | A | Dividend | J | T | | | | | |
| 200.  iShares MSCI EAFE Growth ETF (EFG) | A | Dividend | | | Sold (part) | 03/24/20 | J | | |
| 201. | | | | | Sold (part) | 05/21/20 | J | | |
| 202. | | | | | Sold | 06/22/20 | K | A | |
| 203.  iShares MSCI EAFE Value ETF (EFV) | B | Dividend | | | Buy (add'l) | 03/26/20 | J | | |
| 204. | | | | | Sold | 06/22/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Vanguard FTSE All-World Ex-US (VFWIX) | None | | | | Buy (add'l) | 03/26/20 | J | | |
| 206. | | | | | Sold (part) | 05/21/20 | J | | |
| 207. | | | | | Sold | 06/22/20 | J | | |
| 208.  Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy | 05/26/20 | J | | |
| 209.  Vanguard Value ETF (VTV) | A | Dividend | J | T | | | | | |
| 210.  Vanguard Mid Cap Value ETF (VOE) | A | Dividend | | | Buy (add'l) | 03/26/20 | J | | |
| 211. | | | | | Sold | 06/22/20 | J | | |
| 212.  Vanguard Mid Cap Growth ETF (VOT) | A | Dividend | J | T | | | | | |
| 213.  Vanguard Small Cap Growth ETF (VBK) | A | Dividend | K | T | Sold (part) | 06/22/20 | J | A | |
| 214.  Vanguard Small Cap Value ETF (VBR) | A | Dividend | | | Buy (add'l) | 03/26/20 | J | | |
| 215. | | | | | Sold (part) | 05/21/20 | J | | |
| 216. | | | | | Sold | 06/22/20 | K | | |
| 217.  American Fundamental Invs F3 (FUNFX) | A | Dividend | K | T | Buy (add'l) | 11/27/20 | J | | |
| 218.  American High Income Mun BD F3 (AMHIX) | A | Dividend | | | Sold (part) | 03/24/20 | J | | |
| 219. | | | | | Sold | 06/22/20 | J | | |
| 220.  American New World F3 (FNWFX) | A | Dividend | K | T | Buy | 06/22/20 | J | | |
| 221. | | | | | Buy (add'l) | 06/24/20 | J | | |

| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, G. Michael | 03/09/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 11/27/20 | J | | |
| 223. American Funds Tax-Exempt Bond Fund F3 (AFTEX) | A | Dividend | J | T | Buy<br>(add'l) | 06/24/20 | J | | |
| 224. Artisan INTL Value I (APHKX) | A | Dividend | K | T | Buy | 06/22/20 | J | | |
| 225. | | | | | Buy<br>(add'l) | 06/24/20 | J | | |
| 226. BlackRock Eq Div Fund K (MKDVX) | A | Dividend | | | Sold | 06/22/20 | K | | |
| 227. Bnym International Stock Y (DISYX) | B | Dividend | K | T | Buy | 06/22/20 | K | | |
| 228. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 230. Dodge & Cox Intl Stock (DIDFX) | | None | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 231. | | | | | Sold | 06/22/20 | K | | |
| 232. Dodge & Cox Stock (DODGX) | A | Dividend | | | Sold | 06/22/20 | J | | |
| 233. Eaton Vance Atlanta Cap SMID (EISMX) | | None | | | Sold | 09/17/20 | K | | |
| 234. Eaton Vance Atlanta Capital SMID-Cap R6 (ERASX) | B | Dividend | J | T | Buy | 09/17/20 | K | | |
| 235. | | | | | Sold<br>(part) | 11/27/20 | J | | |
| 236. Fidelity Adv Interm Muni Inc Fd Cl Z (FIQZX) | A | Dividend | K | T | Sold<br>(part) | 03/24/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 06/24/20 | J | | |
| 238. Frnkln Fed Inter Term T/F R6 (FITQX) | A | Dividend | J | T | Sold<br>(part) | 03/24/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 240. Hartford Dividend & Growth F (HDGVX) | A | Dividend | J | T | Buy | 06/24/20 | J | | |
| 241. Invesco Comstock Class R6 (ICSFX) | A | Dividend | J | T | Buy (add'l) | 03/26/20 | J | | |
| 242. Invesco International Growth Fund Class R6 (IGFRX) | | None | | | Sold (part) | 06/22/20 | J | A | |
| 243. | | | | | Sold | 06/22/20 | J | A | |
| 244. JH Disciplined Val Mid Cap R6 (JVMRX) | A | Dividend | J | T | Buy | 06/24/20 | J | | |
| 245. MFS Growth Fund Class R6 (MFEKX) | A | Dividend | J | T | Sold (part) | 03/24/20 | J | A | |
| 246. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 247. MFS INTL Intrinsic Value R6 (MINJX) | B | Dividend | K | T | Buy | 06/24/20 | J | | |
| 248. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 249. MFS Municipal High Income R6 (MMHKX) | A | Dividend | J | T | Buy | 06/24/20 | J | | |
| 250. Primecap Odyssey Stock (POSKX) | A | Dividend | J | T | | | | | |
| 251. TRP International Discovery I (TIDDX) | A | Dividend | J | T | Buy | 06/24/20 | J | | |
| 252. Victory Sycamore Small Co Op I (VSOIX) | A | Dividend | | | Buy | 06/22/20 | J | | |
| 253. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 254. | | | | | Sold | 09/21/20 | J | | |
| 255. Victory Sycamore Small Company Opportunity R6 (VSORX) | | None | J | T | Buy | 09/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Education account holdings have been consolidated under Individual Assets.  Name and class changes of 529 assets resulted from corporate action rather than reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only to unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ G. Michael Halfenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544